THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Freddie Lee Glover,       
Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2005-UP-080
Submitted February 1, 2005  Filed February 
 4, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Robert M. Pachak, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Salley W. Elliott, Office of the Attorney General, all of Columbia;  
 and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Freddie Lee Glover was convicted 
 of burglary in the first degree, armed robbery, and kidnapping.  He was sentenced 
 to life imprisonment without the possibility of parole.  Glovers appellate 
 counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 
 (1967).  Counsel additionally submitted a petition to be relieved from representation, 
 asserting there are no directly appealable issues of arguable merit.  Glover 
 filed a pro se response with this court.
After a review of the record as required by Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there 
 are no directly appealable issues that are arguable on their merits.  Accordingly, 
 we dismiss this appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and WILLIAMS, 
 JJ., concur.

 
           
 [1]  We decide this case without oral argument pursuant to Rules 
 215 and 220(b)(2), SCACR.